23 West Street Corporation, Appellant, *v.* Gibbs & Cox, Inc., Respondent.

Argued May 17, 1954; decided July 14, 1954.

724

*Charles Pickett* and *Jule E. Stocker* for appellant.

*Walter Gordon Merritt, H. George Carroll* and *Thomas P. Dwyer* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.